IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LEE EDWARD BROWN**                                                                     **PLAINTIFF**

v.                     **CASE NO. 2:21-CV-00110-BSM**

**CITY OF DERMOTT**, *et al.*                                          **DEFENDANTS**

## ORDER

The unopposed motion to stay proceedings [Doc. No. 8] is granted. *See Koester v. Am. Republic Inv., Inc.,* 11 F.3d 818, 823 (8th Cir. 1993). Brown can move to reopen this case after final disposition of his state case, including any appeal. Any motion to reopen must be filed within sixty days of that final disposition. Brown is directed to file a motion to reopen or a status report by May 6, 2022.

IT IS SO ORDERED this 6th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE