IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LEE EDWARD BROWN**                                                                 **PLAINTIFF**

v.                              **CASE NO. 2:21-CV-00110-BSM**

**CITY OF DERMOTT,** *et al.*                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 27th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE